UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v. CASE NO. 8:16-CR-295-T-35AEP

ANDREW HALEY MORCOMBE

Defendant.
______________________________/

**SUPPLEMENT REGARDING EXPENSES RELATED TO DEPOSITIONS IN THE UNITED KINGOM AND UNITED ARAB EMIRATES**

Defendant, ANDREW HALEY MORCOMBE, by and through his undersigned counsel, hereby pursuant to the court's request provides the following regarding anticipated expenses of counsel conducting depositions in United Kingdom and United Arab Emirates versus videoconferencing using a legal videographer and a video conferencing facility:

1. Undersigned counsel was appointed to represent defendant pursuant to the Criminal Justice Act.

EXPENSES FOR COUNSEL TRAVELING

2. Based upon counsel's review of round-trip airfare between Orlando, Florida and either Manchester, United Kingdom or Birmingham, United Kingdom,

traveling in late January or early February the rates vary between a low end of about $400 and up to $1,032.00.

3. In the event that the flight is between Orlando and Birmingham, the round-trip train fare between Birmingham and Manchester is about $135.00.

4. Up to three nights in a hotel in Manchester with a conference room available for depositions range between $100.00 and $200.00 per night.

5. The round-trip airfare between Manchester or Birmingham, United Kingdom and Dubai, United Arab Emirates range from $449.00 to $1,321.00.

6. Up to two nights in a hotel in Dubai with a conference room available for depositions range between $185.00 and $218.00 per night.

7. Counsel would also request standard per diem for Manchester, United Kingdom and Dubai, United Arab Emirates.

8. **The anticipated expenses apart from the standard State Department Per Diem for undersigned counsel range from $1,654.00 to $3,389.00.**

9. As indicated previously, counsel would bring his own tripod and digital video camera, so a legal videographer would not be required.

EXPENSES FOR VIDEO CONFERENCING

10. Undersigned counsel obtained quotes for legal videographers and a court reporter to administer the oath in the two proposed locations and the estimates are as follows:

**MANCHESTER, UNITED KINGDOM**

11. The following quote is from Optima Juris – International Deposition Agency:

| | | |
|---|---|---|
| a. | Court Reporter Daily Appearance Fee | $200.00; |
| b. | Legal Videographer Daily Fee | $990.00; |
| c. | Video conferencing facility ($525.00 per hour x 4) | $2,100.00; |
| d. | Potential Travel expenses from London or Dublin | $500.00; |
| | Total: | $3,790.00 |

**DUBAI, UNITED ARAB EMIRATES**

12. The following quote is from Optima Juris – International Deposition Agency:

| | | |
|---|---|---|
| a. | Court Reporter Daily Appearance Fee | $350.00; |
| b. | Legal Videographer Daily Fee | $1,250.00; |
| c. | Video conferencing facility ($445.00 per hour x 3) | $1,335.00; |
| d. | Travel expenses from London or Dublin | $750.00; |
| | Total: | $3,685.00 |

13. As is apparent above, the cost of counsel traveling to conduct the depositions as proposed appears to be significantly less than the expense of conducting the depositions using video conferencing and legal videographers.

WHEREFORE, the Defendant respectfully requests this Honorable Court to authorize funding for undersigned counsel to travel as set forth above in order to conduct Rule 15 Depositions, including airfare booked through the national travel agency that handles CJA travel, and three nights in hotels in Manchester, United Kingdom and two nights in a hotel in Dubai, United Arab Emirates, as well as miscellaneous costs for a hotel conference room (if any) for the taking of testimony and the standard government per diem for the locations set forth above.

Respectfully Submitted,

*s/Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
CJA Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2018, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*s/Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
CJA Counsel for the defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.:(727)446-7505
Facsimile No.:(727)446-8147
Email: bjorn@acquiter.com
Florida Bar No. 931077