UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v. CASE NO. 8:16-CR-295-T-35AEP

ANDREW HALEY MORCOMBE

Defendant.
_______________________________/

**SECOND AND FINAL SUPPLEMENT REGARDING OATH OF WITNESSES AND EXPENSES RELATED TO DEPOSITIONS ABROAD**

Defendant, ANDREW HALEY MORCOMBE, by and through his undersigned counsel, hereby pursuant to the court's request provides the following additional information regarding the administration of the oaths of witnesses and anticipated expenses associated with conducting depositions in United Kingdom and United Arab Emirates:

1. Undersigned counsel was appointed to represent defendant pursuant to the Criminal Justice Act.

2. Based upon anticipated difficulties in the administration of the oath for the witnesses in Dubai, United Arab Emirates and the anticipated willingness of those witnesses to travel to the United Kingdom, where the oath can be

administered both under the laws of the United Kingdom and the United States, defendant is modifying his request as follows:

a) That all depositions be conducted in the city of Chester, United Kingdom.

b) That the US Marshall who normally would pay for reasonable travel expenses for defense trial witnesses within the United States arrange for the travel of the witness traveling to the United Kingdom from Germany.

c) That the US Marshall reimburses the two witnesses who would travel from United Arab Emirates to the United Kingdom. They are both pilots and the cost of their round trip flights (approximately $300.00 to $400.00) is deducted directly from the paychecks.

Respectfully Submitted,

*s/Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
CJA Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 12, 2018, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*s/Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
CJA Counsel for the defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.:(727)446-7505
Facsimile No.:(727)446-8147
Email: bjorn@acquiter.com
Florida Bar No. 931077